Edward C. STRAATMANN, Petitioner/Appellant,

v.

Janice HOLLAND, Laverne Schwoeppe & Lester Straatmann, Personal Representatives of the Estate of Bernadine A. Straatmann, Respondents,

Lester Straatmann, Fran Sahm, Albert Straatmann, Maurice Straatmann, Laverne Schwoeppe, Luella Brinker, Alice Jacquin, Charlene Rott, Jane C. Brueggemann, Carol M. Hellman, Janice Holland, Marilyn Kleekamp, and Robert Straatmann, Intervenors/Respondents.

No. ED 83534.

Missouri Court of Appeals, Eastern District, Division Four.

Aug. 31, 2004.

Christopher W. Jensen, Union, MO, for appellant.

Edward A. Stierberger, Timothy J. Melenbrink, Union, MO, Donald K. Althauser, Hermann, MO, for respondents.

Fran Sahm, Villa Ridge, MO, pro se.

Maurice Straatmann, Villa Ridge, MO, pro se.

Luella Brinker, New Haven, MO, pro se.

Charlene Rott, Kokomo, IN, pro se.

Jane C. Brueggemann, Washington, MO, pro se.

Carol M. Hellman, Washington, MO, pro se.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN, and MARY K. HOFF, JJ.

### ORDER

PER CURIAM.

The petitioner, Edward C. Straatmann, appeals from the judgment of the trial court denying his claim for specific performance of an alleged real estate sales contract. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears and a written opinion would have no precedential value. The parties have been provided with a memorandum for their information only setting forth the reasons for this order. The judgment is affirmed. Rule 84.16(b).